McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone: (559) 498-7272

FILED

2005 NOV 16  P 2: 28

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
       DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>              Plaintiff,          )<br>                                  )<br>         v.                       )<br>                                  )<br>JOSE LUIS GALLEGOS-ARIAS, and     )<br>OCTAVIO GALLEGOS-VASQUEZ,         )<br>                                  )<br>              Defendant.          )<br>_____) | CR F 03-5066 AWI<br><br>ORDER TO UNSEAL<br>INDICTMENT |

The Indictment in this case, having been sealed by Order of this Court, and it appearing that it no longer need remain secret;

IT IS HEREBY ORDERED that the Indictment be unsealed and made public record.

DATED: November 16, 2005

_____
HONORABLE SANDRA M. SNYDER

1