1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    **CASE NO.  1:03-CR-05066 AWI**

12                                  Plaintiff,     **ORDER DISMISSING DEFENDANT FROM
                                                   INDICTMENT**
13                            v.                   **(Fed.R.Crim.P 48(A))**

14    JOSE LUIS GALLEGOS-ARIAS,

15                                  Defendant.

16

17        The United States of America, having moved this Court to dismiss the indictment as to above-

18    named defendant only pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without

19    prejudice and in the interest of justice and good cause appearing;

20        IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed without

21    prejudice in the interest of justice.

22        IT IS FURTHER ORDERED that the warrant be recalled and this case be closed.

23

24    IT IS SO ORDERED.

25    Dated:   September 6, 2019        _____
                                              SENIOR  DISTRICT  JUDGE
26

27

28

ORDER OF DISMISSAL, FRCrimP 48(a)                    1